```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

MADELINE SANTIAGO, Individually and
as Mother and Next Friend of C.S.,
      Plaintiffs,


    v.                                    CIVIL ACTION NO.
                                                  09-10055-MBB


GIOVANNI H. BLOISE and
THE TOWN OF METHUEN,
      Defendants.

## FINAL JUDGMENT

**January 26, 2012**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by the court and by a jury, it is **ORDERED** and **ADJUDGED** that plaintiff Madeline Santiago, Individually and as Mother and Next Friend of C.S., take nothing, that this action be dismissed on the merits and that defendants Giovanni H. Bloise and the Town of Methuen recover of plaintiff their costs under Rule 54(d)(1), Fed. R. Civ. P.


                                      /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge

Case 1:09-cv-10055-MBB   Document 48   Filed 01/26/12   Page 2 of 2