UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MADELINE SANTIAGO, Individually and
as Mother and Next Friend of C.S.,
      Plaintiffs,


     v.                                CIVIL ACTION NO.
                                       09-10055-MBB


GIOVANNI H. BLOISE and
THE TOWN OF METHUEN,
      Defendants.

---

**FINAL JUDGMENT**

**January 26, 2012**


**BOWLER, U.S.M.J.**

     The issues having been duly heard and decisions rendered by
the court and by a jury, it is **ORDERED** and **ADJUDGED** that
plaintiff Madeline Santiago, Individually and as Mother and Next
Friend of C.S., take nothing, that this action be dismissed on
the merits and that defendants Giovanni H. Bloise and the Town of
Methuen recover of plaintiff their costs under Rule 54(d)(1),
Fed. R. Civ. P.


                       /s/ Marianne B. Bowler
                       **MARIANNE B. BOWLER**
                       United States Magistrate Judge